**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Southern District of New York

Case number (*If known*): _____ Chapter 15

☐ Check if this is an amended filing

## Official Form 401

## Chapter 15 Petition for Recognition of a Foreign Proceeding    12/15

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write debtor's name and case number (if known).

| | |
|---|---|
| 1. **Debtor's name** | Cryptopia Limited |

2. **Debtor's unique identifier**

**For non-individual debtors:**

☐ Federal Employer Identification Number (EIN)   ___ ___ – ___ ___ ___ ___ ___ ___

☑ Other 9429041327791 . Describe identifier NZ Business Number .

**For individual debtors:**

☐ Social Security number:   xxx – xx– ____ ____ ____ ____

☐ Individual Taxpayer Identification number (ITIN):  **9** xx – xx – ____ ____ ____ ____

☐ Other _____ . Describe identifier _____ .

3. **Name of foreign representative(s)**

David Ian Ruscoe

4. **Foreign proceeding in which appointment of the foreign representative(s) occurred**

Liquidation under the New Zealand Companies Act (1993)

5. **Nature of the foreign proceeding**

*Check one:*

☑ Foreign main proceeding
☐ Foreign nonmain proceeding
☐ Foreign main proceeding, or in the alternative foreign nonmain proceeding

6. **Evidence of the foreign proceeding**

☐ A certified copy, translated into English, of the decision commencing the foreign proceeding and appointing the foreign representative is attached.

☐ A certificate, translated into English, from the foreign court, affirming the existence of the foreign proceeding and of the appointment of the foreign representative, is attached.

☑ Other evidence of the existence of the foreign proceeding and of the appointment of the foreign representative is described below, and relevant documentation, translated into English, is attached.
Written Resolution of the Shareholders of Cryptopia Limited (Exhibit A)
Joint Resolution of Liquidators (Exhibit B)

7. **Is this the only foreign proceeding with respect to the debtor known to the foreign representative(s)?**

☐ No. (Attach a statement identifying each country in which a foreign proceeding by, regarding, or against the debtor is pending.)

☑ Yes

Debtor    Cryptavia Limited

Debtor    Cryptopia Limited
_____
Name

Case number *(if known)*_____

**8. Others entitled to notice**

Attach a list containing the names and addresses of:

(i)    all persons or bodies authorized to administer foreign proceedings of the debtor,

(ii)    all parties to litigation pending in the United States in which the debtor is a party at the time of filing of this petition, and

(iii)    all entities against whom provisional relief is being sought under § 1519 of the Bankruptcy Code.

**9. Addresses**

**Country where the debtor has the center of its main interests:**

New Zealand

**Debtor's registered office:**

215 Lambton Quay
Number    Street

Level 15, Grant Thornton House
P.O. Box

Wellington        6143
City    State/Province/Region    ZIP/Postal Code

New Zealand
Country

**Individual debtor's habitual residence:**

_____
Number    Street

_____
P.O. Box

_____
City    State/Province/Region    ZIP/Postal Code

_____
Country

**Address of foreign representative(s):**

215 Lambton Quay
Number    Street

Level 15, Grant Thornton House
P.O. Box

Wellington        6143
City    State/Province/Region    ZIP/Postal Code

New Zealand
Country

**10. Debtor's website** (URL)

https://www.cryptopia.co.nz/

**11. Type of debtor**

*Check one:*

☑ Non-individual (*check one*):

     ❑   Corporation.  Attach a corporate ownership statement containing the information described in Fed. R. Bankr. P. 7007.1.

     ❑   Partnership

     ☑   Other.  Specify:   New Zealand Limited Company

❑ Individual

| Debtor | Cryptopia Limited | Case number (if known) |
|---|---|---|
| | Name | |

**12. Why is venue proper in *this district*?**

Check one:

☑ Debtor's principal place of business or principal assets in the United States are in this district.

☐ Debtor does not have a place of business or assets in the United States, but the following action or proceeding in a federal or state court is pending against the debtor in this district:

_____.

☐ If neither box is checked, venue is consistent with the interests of justice and the convenience of the parties, having regard to the relief sought by the foreign representative, because:

_____.

**13. Signature of foreign representative(s)**

I request relief in accordance with chapter 15 of title 11, United States Code.

I am the foreign representative of a debtor in a foreign proceeding, the debtor is eligible for the relief sought in this petition, and I am authorized to file this petition.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct,

✖ /s/David Ian Ruscoe _____        David Ian Ruscoe _____
Signature of foreign representative              Printed name

Executed on   05/24/2019 _____
              MM   / DD / YYYY

✖ _____        _____
Signature of foreign representative              Printed name

Executed on   _____
              MM   / DD / YYYY

**14. Signature of attorney**

✖ /s/Timothy Graulich _____        Date   05/24/2019 _____
Signature of Attorney for foreign representative           MM   / DD / YYYY

Timothy Graulich _____
Printed name
Davis Polk & Wardwell _____
Firm name
450 Lexington Avenue _____
Number        Street
New York _____        NY        10017 _____
City                                       State       ZIP Code

(212) 450-4639 _____        timothy.graulich@davispolk.com _____
Contact phone                            Email address

2661445 _____        NY _____
Bar number                               State

**<u>Exhibit A</u>**

**CRYPTOPIA LIMITED**

---

**WRITTEN RESOLUTION OF THE SHAREHOLDERS OF THE COMPANY**

---

Dated: 7 May 2019

The shareholders resolve as a special resolution in the form of a written resolution under section 122(1) of the Companies Act 1993 to put **CRYPTOPIA LIMITED** into liquidation by appointing David Ian Ruscoe and Malcolm Russell Moore, both of Grant Thornton New Zealand Limited, as liquidators.

This resolution was passed on the date and at the time of signing by the last person to sign below, as evidenced by the entry immediately below that person's name.

**SIGNED** by the following shareholders, who comprise at least 75 percent of those entitled to vote at a meeting of shareholders, and who together hold at least 75 percent of the votes entitled to be cast on the resolution.

Adam James CLARK
Date & time of signing: 09/05/19 18:01

Rose-anna Patricia WOOD
Date & time of signing: 09/05/19 17:55

Robert Peter John DAWSON
Date & time of signing: 09/05/19 17:58

Intranet Consulting Limited
Monstar Holdings Limited
Date & time of signing: 14/05/2019 1:20pm

**<u>Exhibit B</u>**

**Cryptopia Ltd (in liquidation)**

**5392901**

**NZBN: 9429041327791**

Cryptopia Ltd (in liquidation) (**Company**) acting by its liquidators, Messrs David Ian Ruscoe and Malcolm Russell Moore, resolves to appoint David Ian Ruscoe to act as the Foreign Representative of the Company in the proposed US Chapter 15 Bankruptcy Petition to be filed in the Southern District of New York, and to retain Davis Polk & Wardwell LLP to represent the Company and the Foreign representative.

Dated this 23rd day of May 2019

**SIGNED** by

_____
**David Ian Ruscoe**

**SIGNED** by

_____
**Malcolm Russell Moore**